UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RANDY MICHAEL PEREZ**                                     **CIVIL ACTION**

**VERSUS**                                                  **NO. 21-0048**

**NANCY MILLER, ET AL.**                                    **SECTION: "J"(1)**

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's "Motion for Service of Process by United States Marshal," Rec. Doc. 21, is **DENIED**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Judge Nancy Miller, Rec. Doc. 16, is **GRANTED**, that the claims against her in her official-capacity for monetary damages are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction, and that the remaining claims against her are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Deputy Clerk of Court Heather Camardelle, Rec. Doc. 18, is **GRANTED** and that the claims against her are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's motion for a preliminary injunction, Rec. Doc. 6, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motions to amend the complaint, Rec. Docs. 20 and 27, are **DENIED**.

New Orleans, Louisiana, this 22nd day of February 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE